# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0659
LT Case No. 2015-CF-023234

_____

JAMES HOSE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Elizabeth Siano Harris, of Harris Appellate Law Office, Mims, for
Appellant.

Ashley Moody, Attorney General, Tallahassee and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

April 1, 2024

PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____-_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____